[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13273
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 23, 2010
JOHN LEY
CLERK

D. C. Docket No. 96-00060-CR-004-CAR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNY GOODMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(February 23, 2010)

Before TJOFLAT, EDMONDSON and ANDERSON, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Johnny Goodman in his

appeal of the district court's denial of his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and moved to withdraw from further representation of the appellant. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the denial of Goodman's § 3582(c)(2) motion to reduce his sentence is AFFIRMED.

SO ORDERED.